UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PT RAHAJASA MEDIA INTERNET,

                      Plaintiff,                Civil Action No.: 1:24-cv-04643

    -against-

Center for Provision and Management of
Telecommunications and Informatics Financing,
Directorate General of Post and Informatics, Ministry
of Communication and Information, Republic of
Indonesia. (BP3Tl") formerly Office for Rural
Telecommunications and Informatics, Directorate
General of Posts and Telecommunications, Ministry
of Communication and Information of the Republic
of Indonesia, aka, BAKTI KOMINFO, Republic of
Indonesia, Ministry of Communication and
Information of the Republic of Indonesia, Ministry
of Finance, Republic of Indonesia, and Republic
of Indonesia,

                      Defendant(s).

**DECLARATION OF
BRIDGET BUTLER**

_____

I, Bridget Butler, pursuant to 28 U.S.C. § 1746, do hereby declare, under penalty of perjury,
under the laws of the United States of America, that the foregoing is true and correct.

    1.  I am a member of the New York bar in good standing and the attorney of record for
Plaintiff PT Rahajasa Media Internet ["Plaintiff"].

    2.  Attached as Exhibit A is a true and exact copy of December 1, 2020 Hise, Inc.
article.

    3.  Attached as Exhibit B is a true and exact copy of April 8, 2024 Indonesia Wealth
Fund article.

    4.  Attached as Exhibit C is a true and exact copy of September 23, 2024 Allianz GI
article.

5. Attached as Exhibit D is a true and exact copy of Indonesian Investment Promotion Center report.

6. Attached as Exhibit E is a true and exact copy of Maxar press release dated August 7, 2018.

7. Attached as Exhibit F is a true and exact copy of October 30, 2024 article.

I, Bridget Butler, provide this sworn declaration in support of Plaintiff's opposition to Defendants' motion to dismiss. I swear under penalty of perjury under the laws of the United States that the foregoing statements are true and correct, to the best of my personal knowledge, information and belief.


Dated:  November 21, 2024
     New York, New York                    ***/s/ Bridget Butler***_____
                                          Bridget Butler