**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PT RAHAJASA MEDIA INTERNET

                            Plaintiff,

      -against-                                      24 **CIVIL** 4643 (VEC)

## JUDGMENT

Center for Provision and Management of
Telecommunications and Informatics Financing,
Directorate General of Post and Informatics,
Ministry of Communication and Information,
Republic of Indonesia ("BP3TI") formerly Office
for Rural Telecommunications and Informatics,
Directorate General of Posts and
Telecommunications, Ministry of Communication
and Information of the Republic of Indonesia, aka,
BAKTI KOMINFO, Republic of Indonesia,
Ministry of Communication and Information of the
Republic of Indonesia, Ministry of Finance,
Republic of Indonesia, and Republic of Indonesia,

                          Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 14, 2025, Defendants' motion to dismiss is GRANTED. It is proper for a district court to deny leave to amend "when amendment would be futile." Stegemann v. United States, 132 F.4th 206, 210 (2d Cir. 2025) (citation omitted). Leave to amend would be futile, as the Court cannot exercise subject matter jurisdiction over this dispute between an Indonesian company and the Republic of Indonesia concerning commercial activity that took place in Indonesia. This action is, therefore, dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

July 14, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**